UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

EDWARD GORDON NEWHOUSE,

        Petitioner,

v.

DANIEL LESATZ,

        Respondent.

_____/

Case No. 2:18-cv-82

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.

Dated: October 10, 2018

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge